# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES ROSS,

    Petitioner,

v.                                CASE NO. 3:19cv3485-MCR-HTC

MARK S INCH,

    Respondent.

_____/

# **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 11, 2020. ECF No. 14. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF Doc. 14, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITH PREJUDICE as unexhausted and untimely filed under 28 U.S.C. § 2244.

3. A Certificate of Appealability is DENIED.

4. The Clerk is directed to close this matter.

**DONE AND ORDERED** this 12th day of March 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**